# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STEVEN KENT STRANGE | No. 3:20-cr-97 (MPS) |

## ORDER ACCEPTING THE MAGISTRATE JUDGE'S FINDINGS

Having reviewed the transcript of the plea proceeding held on June 22, 2020, I hereby accept and adopt the Magistrate Judge's finding that the plea of guilty by this defendant has been knowingly and voluntarily made and is supported by an adequate factual basis. The recommendation that the defendant's plea of guilty be accepted is hereby adopted. Accordingly, a finding of guilty will enter forthwith. The parties and the United States Probation Office shall follow the schedule set on the docket on September 9, 2020. (ECF No. 39.)

It is so ordered.

ENTERED at Hartford, Connecticut, this 14th day of September, 2020.

                                                            /s/
                                        Michael P. Shea
                                        United States District Judge