UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

vs.                                CRIMINAL NO. 3:20-CR-97(MPS)

STEVEN STRANGE                               August 19, 2021

**DEFENDANT'S SUPPLEMENTAL MEMORANDUM IN AID OF SENTENCING**

Counsel for the defendant in the above-captioned matter files this supplemental memorandum in anticipation of the sentencing scheduled for Monday August 23, 2021. Given that fact that approximately nine-months have elapsed since the filing of sentencing memorandum, the defense uses this memorandum to update the court on factual material that has developed since.

1. As reflected in the August 3, 2021 Second Addendum To The Presentence Report, Doc. No. 67, Mr. Strange's wife has filed for divorce. At the writing of this supplement, that matter remains pending and the parties are waiting on a court date in North Carolina but that matter has been delayed as a result of backlog created by Covid-19. Similarly, circumstances related to Ms. Johnson and their child remain pending. While Mr. Strange hopes to care for the child at some point, he has not assumed custody given the anticipated sentence in this case.

2. Mr. Strange has changed employers as reflected in the Second Addendum. He now works as an operations manager for a food manufacturing company. His current employer wished to submit a character letter on his behalf. It is attached as *Exhibit* C.

3. Counsel has received a character letter from Thomas Ellington, Sr., a member of Mr. Strange's community outlining Mr. Strange's contributions to his life. *Exhibit* D.

4. Mr. Stange's primacy care physician has compiled a letter outlining each of Mr. Strange's medical conditions which counsel has submitted to probation contemporaneous with the filing of this supplement. Mr. Strange respectfully requests that it be addended to the *PSR* for Bureau of Prisons treatment and designation purposes. *Sealed Exhibit* E.

5. Mr. Strange is making efforts at beginning restitution in some fashion. He has been financially strained as result of his divorce and related circumstances. However, he hopes to have a $1,000 to contribute to restitution at or around the time of sentencing. While counsel, as an Assistant Federal Defender, does not have an escrow account to accept or handle these funds, the court should know that efforts are afoot.

Respectfully Submitted,

/s/Daniel M. Erwin/s/
By Daniel M. Erwin (ct28947)
FEDERAL DEFENDER'S OFFICE
265 Church Street
New Haven, CT 06510
Tel: (860) 493-6260
Fax: (860) 493-6269
Email: Daniel_Erwin@fd.org

CERTIFICATION OF SERVICE

This is to certify that on August 19, 2021, a copy of the forgoing was filed electronically via the Court's CM/ECF system, and by that system, counsel for the Government has been provided with a copy of the forgoing.

/s/Daniel M. Erwin/s/
Daniel M. Erwin