# Exhibit C

**Ripe Revival, LLC**
**780 English Road**
**Rocky Mount, NC 27804**
**1-888-740-2181**

To the Honorable Judge Shea.

I come before the court to ask the court to provide alternative sentencing to Mr. Strange. My reasoning for asking of this is for the benefit and survival of my company, Ripe Revival, LLC. Mr. Strange is the Operations Manager of Ripe Revival, LLC. Under our Ripe Revival, LLC name I do business as three different companies. Our food manufacturing company is the one that relies heavily on Mr. Strange the most.

Mr. Strange has extensive knowledge in the pharmaceutical and manufacturing industry. Our business depends on his continued involvement for the survival of our company. Mr. Strange hold a number of certifications that allowed us to start up under the USDA and FDA. Without his company presence we will lose these certifications. Causing us to have to close. It will take another individual almost two years of training, certification, and schooling to obtain what Mr Strange currently has that allows our company to run.

In the years of his pharmaceutical experiences he has obtained vast knowledge that as a startup company we cannot afford to lose. Additionally we could not afford to hire the number of people that would be required to replace the knowledge of this individual. One person, one salary, one holder of our certification documentation was what I needed as a startup company.

After years of trying to find a profitable, repeatable, reliable way to extract protein from fruit and place it into our products, Mr Strange was able to both find and patient a new way for us to do this. Which has increased our protein content, shelf life, and overall product value.

In preparation of his possible departure we have been working on trying to train others to take his place. It is very difficult to teach someone thirty years of experience. Although we are trying we have not found anyone to obtain the skills that he possesses. The number of people that would be required to be hired to replace him to keep this company compliant in certifications, HACCP requirements, and operational standards would require us to shut down. I cannot afford to hire three people to replace one. And those three still not be able to produce the sustainable quality product he does.

Putting this in a monetary value. We employee 37 labors, 4 office staff, 1 managerial staff (Mr. Strange). In a time when unemployment is at a high here in North Carolina. Jobs are needed. Each and everyone. For us to shut down would also cause Ripe Revival, LLC to close, file bankruptcy, and forfeit it contracts, research and development.

It is with great humbleness I ask the court for mercy. For two years he has done what the courts have asked. But also in the long period of time between conviction and sentencing he has worked hard in helping others achieve jobs and employment as well. My family has everything tied up in to this company. The manufacturing division is 80% of our company. My two sisters, our parents, and uncle risk in losing everything if this company flounders.

William Kornegy
President and CEO
Ripe Revival, LLC