# Exhibit D

Thomas Ellington, Sr
8439 Finch Road
Bailey, NC 27896
252-668-6174


Judge Michael P. Shea, United States District Judge


To The Court and The Honorable Judge Shea,

My name is Thomas Ellington Sr. I write this letter on behalf of Steven Kent Strange. I hope to address to the court the type of person Mr. Strange is. How his kindness towards my wife and I helped us during our greatest time of need. I am a 74 year old man. My wife is 70. About 4 years ago I had a bad run in with my sugar. It went really high. Well over 800. While I was in the hospital the doctors noticed a small black blister on my left big toe. After a few days in the hospital I was released. Not being able to drive, Mr. Strange drove me back to the doctors for the follow up. I asked the doctor to look at my foot. The doctor informed me that I needed to call the DVA and follow up with a specialist about my toe. I called the Veterans Administration. They told me it would be 6 weeks before I could be seen. Mr. Strange got on the phone and called everyone he knew. The DVA, my federal, state, and local representatives, and other individuals he knew. After 4 days of calling, I received an appoint the following Monday. Four weeks sooner than I was scheduled. Mr Strange drove me to the DVA hospital in Durham. Just a little bit over a hour away. He stayed with me during my visit. When the doctor saw my two toes that were black he called the surgeon. The surgeon placed me in the hospital and requested an operating room that afternoon. I had an infection in my foot. After 4 hours of surgery I was placed in a step down unit. Mr Strange came by or called me everyday the three weeks I was in the hospital. Once I returned home, I needed a lot of help learning how to walk. How to get up. How to apply my weight to my body. Mr. Strange was helpful to me. I started to fall and had trouble with my left foot again. Under the advice of Mr. Strange I went back to the DVA. They news I received was heart broken. The infection was spreading to my leg. The option was to remove my foot or die. It was a hard decision for me to make. Mr Strange helped me see the importance of life over limb. After my second operation, the third one came and that was the removal of my left leg just under my knee.

During this time it was hard on my wife. Mr. Strange spent time with her making sure she was cared for. Our grass was cut. Her groceries were delivered. She had transportation and was cared for. The burden was so bad that it caused her to have a heart attack. One his lunch hour he went by to visit her and could not get an answer at the door. He forcible entrance into our house, he found her on the floor unresponsive. He dialed 911

and them preformed CPR until help arrived. It had be estimated that she had been on the floor for over 3 hours. Had he not had stopped by, she would possibly not be here today.

I could go into how once I got out of the hospital he helped me by building us a wheelchair ramp. Or how he took me to therapy everyday. Or how he showed care and compassion towards us during our time of need. But what I want you to know is this point. Mr Strange is truly a deep compassionate individual who cares for people. This has been shown all throughout the years. Never any selfishness. He truly has a kind and caring heart. Sometimes compassion blinds judgment. I know all that he has ever tried to do is help others. Show kindness and mercy. I just ask that the court please show him the return. Kindness, mercy, and compassion. Not only for him, but his wife and son. Both of which need both his financial and intellectual guidance.

*James Thomas Ellington Sr.*

James Thomas Ellington, Sr.