UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 3:20CR97 (MPS) |
| | : | |
| STEVEN STRANGE | : | October 7, 2021 |
| | : | |

THE PARTIES' JOINT STATUS REPORT AND
REQUEST FOR CONTINUANCE OF SENTENCING

Per order dated August 20, 2021 [Docket # 76], the Court instructed the parties no later than October 7, 2021, to file a joint status report indicating (1) their respective positions as to the authenticity of the two letters discussed in the Government's motion (and as to any other issues regarding the sentencing submissions that may arise from the Government's investigation), and (2) whether an evidentiary hearing is necessary to adjudicate these matters.

Since the date of that report, the Government has completed its investigation and included its findings in a September 20, 2021 submission to the Probation Office, which included the attached email and investigation memoranda. See Attachment.  In that submission, the Government indicated it believed that the defendant's conduct constituted an effort to obstruct the upcoming sentencing that might have succeeded but for the last minute efforts of the FBI to check the accuracy of the submitted materials.   The Government further noted that, in light of the facts established by the investigation, the Government was seeking a two level Guidelines increase for obstruction of justice under U.S.S.G. Section 3C1.1 and requesting the Court deny a three level downward adjustment for acceptance of responsibility.  As a result, under the Government's calculation, the defendant's total offense level would be 25, rather than 20 under the revised calculations, and the defendant would be subject to a Guidelines sentencing range of

57-71 months, at a Criminal History Category of I.  The Probation Office is considering the Government's submission and plans to issue an addendum by Friday, Oct. 15, 2021.

Since the Government's submission, defense counsel has had an opportunity to review the Government's findings and consult with his client.  Defense counsel reports that the defense will not contest the facts the Government has developed regarding the (1) employer letter; (2) the doctor letter; and (3) the Kornegey letter.

As a result, the parties do not believe there is a need for an evidentiary hearing, but the defense has requested the opportunity to review the addendum and whatever Guidelines revision might be recommended by the Probation Office and then be given an opportunity to brief whether the obstruction enhancement and/or denial of a reduction for acceptance of responsibility should apply under the present facts and law.  The Government requests sufficient time to brief a response to the defense submission.

Consistent with the above requests and given that the Government is presently scheduled to start a 1-2 week trial on October 20, 2021, before Judge Bolden, the parties request that the sentencing be continued from October 21, 2021, until sometime in November, 2021.

Respectfully submitted,

LEONARD C BOYLE
ACTING UNITED STATES ATTORNEY

*/s/Christopher W. Schmeisser*

CHRISTOPHER W. SCHMEISSER
ASSISTANT U.S. ATTORNEY
Federal Bar No. ct14806
christopher.schmeisser@usdoj.gov
157 Church Street, 25TH Floor
New Haven, CT  06510
Tel.: (203) 821-3700
Fax: (203) 773-5377

*/s/Daniel M. Erwin*

_____

DANIEL M. ERWIN
ASSISTANT FEDERAL DEFENDER
Federal Defender's Office
265 Church Street; Suite 702
New Haven, CT  06510
860-256-0308
Daniel_Erwin@fd.org

CERTIFICATION OF SERVICE

      I hereby certify that on October 7, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System. The foregoing has also been sent by email to:

      Ryan C. Skal
      U.S. Probation Officer
      U.S. Probation Office
      450 Main St.
      Hartford, CT 06103

                                              */s/Christopher W. Schmeisser*
                                              Christopher W. Schmeisser