**From:** Schmeisser, Christopher (USACT)
**Sent:** Monday, September 20, 2021 3:55 PM
**To:** Daniel Erwin <Daniel_Erwin@fd.org>
**Cc:** Ryan Skal <ryan_skal@ctp.uscourts.gov>; Halpin, Christopher J. (NH) (FBI) <cjhalpin@fbi.gov>
**Subject:** Re: Steven Strange Investigation and Requested Revision of Relevant Guidelines Determination

Dan/Ryan:

Attached please find relevant 302 reports and emails relating to the Government's investigation into Mr. Strange's significant efforts to obstruct his sentencing by submitting fraudulent and fabricated letters to the sentencing court.  (It should be noted that the Government attributes the obstructive conduct solely to Mr. Strange, the one with the detailed knowledge of information noted in the fabricated letters and with the plain motive to defraud the Court.)

As you will recall, a letter was submitted purporting to be from Mr. Kornegay, Jr. (the defendant's purported present employer) asserting Mr. Strange's indispensable importance to the business as an ongoing entity.  The letter indicates that without Strange's continued employment, the Company will close with the loss of jobs for 37 laborers and four office staff.  In fact, the letter purportedly was a personal entreaty by Mr. Kornegay given that he, his two sisters, his parents and his uncle would risk losing everything if the Company closed.  The

investigation instead established that this letter was fabricated and that, far from the perspective presented by the letter, Strange had been fired shortly after his employ by Mr. Kornegay because the employer felt misled.

Similarly, a letter was submitted purporting to be from Dr. Bala, purportedly a treating physician of the defendant, setting forth the defendant's medical condition, including that, if the defendant did not continue his various treatments, he would be caused "irreversible damage. . . "  Dr. Bala strongly suggests in the letter that the defendant should not be separated from his current health care provider team.  In fact, the investigation established that this letter was also fabricated, that Dr. Bala had nothing to do with the letter, and that Dr. Bala doesn't even remember treating Mr. Strange – although he noted having treated a number of patients and so might have treated the defendant.

In addition, a letter was submitted purportedly from Mr. Ellington, a friend of the defendant, allegedly discussing Strange's kindness to Ellington and his wife.  The letter was plainly intended to paint Mr. Strange as "truly a deep compassionate individual who cares for people." This too was fabricated.  Ellington advised that, while asked to do so, did not feel like writing a letter for the defendant and never did.

Finally, the defendant's brother submitted a letter.   This letter was apparently actually penned by his brother.  The purpose of the letter appears to be to discuss Strange's wife's medical history and that the defendant was "still attentive to her needs but less than before." The brother indicated that Nadine's behavior seems to be better now. . . . [but] still has moments of 'not being coherent.'"   The recent interview established that the defendant has now blocked his brother from his Facebook account.  The brother also noted that, at the time he wrote the letter, he had been instructed to focus the letter on Nadine.  However, the brother noted that Nadine and Strange were now "definitely not together."   Apparently Nadine now handles her own bills and has a separate support system.

In short, the defendant appears to have engaged in a deliberate and extensive effort to defraud the Court into granting him leniency in sentencing by suggesting that he was essential to a business that employed three dozen; that he was under close and important medical care by an attentive group of doctors; that he had close friends vouching for his character; and that he had a wife with ongoing need of his attention and care.

The plea agreement entered by the parties notes:

> In addition, the Government expressly reserves the right to seek denial of the adjustment for acceptance of responsibility if the defendant engages in any acts, unknown to the Government at the time of the signing of this agreement, which (1) indicate that the defendant has not terminated or withdrawn from criminal

conduct or associations (§ 3E1.1 of the Sentencing Guidelines); (2) could provide a
basis for an adjustment for obstructing or impeding the administration of justice
(§ 3C1.1 of the Sentencing Guidelines); or (3) constitute a violation of any condition of
release.  Moreover, the Government reserves the right to seek denial of the
adjustment for acceptance of responsibility if the defendant seeks to withdraw his
guilty plea or takes a position at sentencing, or otherwise, which, in the Government's
assessment, is inconsistent with affirmative acceptance of personal responsibility.

The Government believes that the defendant's conduct plainly constituted an effort to
obstruct the upcoming sentencing that might have succeeded but for the last minute efforts
of the FBI to confirm the accuracy of submitted materials.   Further, in light of the facts
established by the investigation, the Government has no choice but to seek a two level
Guidelines increase for obstruction of justice under U.S.S.G. Section 3C1.1 and to seek to have
the Court deny a three level adjustment for acceptance of responsibility.  As a result, the
defendant's total offense level would be 25, rather than 20 under the revised calculations, and
the defendant would be subject to a Guidelines sentencing range of 57-71 months, at a
Criminal History Category of I.

The Government respectfully requests that this email and its attachments be included in an
addendum to the PSR and that the PSR modify the Guidelines calculations as noted above.

Sincerely,

Christopher Schmeisser
AUSA

FD-302 (Rev. 5-8-10)

**FEDERAL BUREAU OF INVESTIGATION**



Date of entry ____09/01/2021____

    Doctor Jonathan R. Strange, DMD, date of birth ████████, Social
Security Account Number ████ -7371, of ████████████████ South
Carolina ██ 642, cellular phone number ████████████, was telephonically
interviewed. After being advised of the identity of the interviewing Agent
and the nature of the interview, Strange provided the following information:

    Strange's wife, Amy, was also present for the interview as Strange
advised writer that he placed writer on speaker phone. Amy works at
Strange's dental practice located at 1673 East Main Street, Easley, South
Carolina.

    Strange advised that he has two brothers, Darryl Strange and Steven Kent
Strange, and a sister, TommieAnn Guffy. Strange added that he refers to his
brother Steven as Kent. Strange advised that only TommieAnn has contact with
Kent and that was mostly via Facebook. Strange added that Kent blocked him
from his Facebook account.

    Strange advised that approximately six months ago, at the request of
either or both Kent and/or Kent's attorney, Dan Last Name Unknown (LNU), he
drafted a character letter on behalf of Kent. Strange believed that Kent may
have requested such a letter initially, then attorney Dan LNU followed up.
Strange advised that he wrote a letter and Amy typed it. Amy confirmed that
Strange authored the letter and she typed it. Strange confirmed that the
letter was dated November 4, 2020 and focused primarily on Kent's wife,
Nadine.

    Strange recalled having seen Kent over the holidays of 2020, along with
Darryl and TommieAnn. Strange added that it may have been around Christmas
time. Strange believed that Kent may have asked him and his siblings to
draft a character letter. Strange added that it would have been a second
letter from him. Strange advised that he did not draft another letter.

---

| | | |
|---|---|---|
| Investigation on | 06/23/2021 at | New Haven, Connecticut, United States (Phone) |
| File # | 196D-NH-3133441-302 | Date drafted 08/30/2021 |
| by | HALPIN CHRISTOPHER J | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not
to be distributed outside your agency.

STRANGE-000001

FD-302a (Rev. 5-8-10)

196D-NH-3133441-302

Continuation of FD-302 of (U) Dr. Jonathan R. Strange on 8/23/2021 ___ , On 08/23/2021 , Page 2 of 2

Strange added that this was the last time he had seen Kent. Strange was uncertain as to whether Darryl and TommieAnn drafted character letters for Kent. Strange added that he saw Darryl a few months ago and it did not appear to him that Darryl had drafted a letter for Kent.

Strange advised that the focus of Kent's character letter was to be Nadine. Strange added that he felt Nadine, who had a very serious medical condition and needed assistance, was doing better. Strange described Kent and Nadine's relationship as "definitely not together".

Strange advised that he has a copy of the letter he submitted on behalf on Kent and offered a copy to writer. Strange added that he signed the letter he provided.

STRANGE-000002

FD-302 (Rev. 5-8-10)

-1 of 1-

**FEDERAL BUREAU OF INVESTIGATION**

OFFICIAL RECORD

Date of entry    08/31/2021

On August 30, 2021, at approximately 10:56am, writer received an email
from Amy Strange, the wife of Doctor Jonathan Strange, with a character
letter attached.

Said character letter was on behalf of Steven Kent Strange.

Attached is said email and letter.

Investigation on  08/30/2021  at  New Haven, Connecticut, United States (Email)

File #  196D-NH-3133441-302                                    Date drafted  08/30/2021

by  HALPIN CHRISTOPHER J

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not
to be distributed outside your agency.

STRANGE-000003

## Halpin, Christopher J. (NH) (FBI)

| | |
|---|---|
| **From:** | Amy Strange <amymarie7861@gmail.com> |
| **Sent:** | Monday, August 30, 2021 10:56 AM |
| **To:** | Halpin, Christopher J. (NH) (FBI) |
| **Subject:** | [EXTERNAL EMAIL] - Scan_20210830.jpg |
| **Attachments:** | Scan_20210830.jpg |
| | |
| **Follow Up Flag:** | Flag for follow up |
| **Flag Status:** | Flagged |

1

STRANGE-000004

Dr. Jonathan R. Strange                                    November 4, 2020



SC     642

To whom it may concern;

My name is Dr. Jonathan R. Strange. I am a dentist in Easley, South Carolina. Steven "Kent" Strange is my youngest brother.

I left home, Rocky Mount, NC in 1982 and joined the Air Force when Kent was 12 Years old. I visited home frequently throughout the years. In 1997 Kent said he was going to marry Nadine Schaffer. I did not meet Nadine until the summer of 1997 and they were married in December 1997. I heard from my parents that Nadine was mentally compromised and soon after I saw this for myself. I was told it was from trauma so as a child she would have multiple seizures and continued as an adult. Although I never witnessed any episodes. I knew her mental status was challenged when Kent married her.

My father passed away in 1998 and my mother 1999. I visited less. However, Kent, Darryl, Tommie Anne and I vacationed together frequently. Kent would talk of Nadine's severe seizures and multiple emergency room visits over the years. She was on many medications and would have mood swings often. I know Kent had to take care of Nadine during these difficult years because she really needed it and could not care for herself. She has been disabled and was only able to work the first three years of their marriage.

In the early 2000's Nadine had a successful surgery to remove lesions from her brain. I was told this brain mapping allowed her to get better and combined with lower doses of medication it allowed her to get pregnant. Nadine was 40 years old when Brayden was born. They remained a one income family.

I noticed on visits after Brayden was born her cognitive behavior and thoughts were affected but better than before the surgery. I could see small changes in her confidence and prognosis improving overall. Kent was still attentive to her needs but less than before. They had a nanny, Patricia Farmer, who took care of Brayden 90 percent of the time. Nadine could not be left alone with Brayden while Kent was working.

From a distance I was aware of a lot of stress and tension over the last 5 to 6 years in their marriage. I would come to visit and we would meet for lunch. Kent, Nadine, Brayden, Patricia, and I.

Nadine's behavior seems to be better now and I know she is in counseling. She has to write things down and still requires help. She still has moments of "not being coherent".

Jonathan R. Strange

FD-302 (Rev. 5-8-10)

**FEDERAL BUREAU OF INVESTIGATION**



Date of entry     08/31/2021

Doctor Jonathan R. Strange, DMD, date of birth ▮▮▮▮▮▮, Social
Security Account Number▮▮▮▮-7371, of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, South
Carolina ▮▮642, cellular phone number ▮▮▮▮▮▮▮▮, was telephonically
interviewed. After being advised of the identity of the interviewing Agent
and the nature of the interview, Strange provided the following information:

Referring to his interview with writer on August 23, 2021, Strange
advised that he may have been off with regards to the time period that he
had last seen Steven Kent Strange (Kent). Strange believed that the last
time he saw Kent was during the holidays in 2019, rather than in 2020.
Strange apologized and added that he was uncertain as to the year. Strange
advised that the holidays in 2020 seemed too recent. Strange advised that he
hosted a holiday get-together in the backyard of his residence with his
siblings and their spouses, as well as Kent. Strange advised that it may
have been at this gathering where Kent asked them to write a character
letter on his behalf. Strange advised that he authored one letter for Kent
and his wife, Amy, typed it. Strange believed that he provided said letter
to Kent's attorney, Dan Last Name Unknown (LNU). Strange advised that he has
attorney Dan LNU's contact information.  Strange advised that he has not
seen Kent since said gathering.

Strange recalled Kent asking him to help him out by writing a letter
revealing some of his human qualities. Strange added that the letter he
wrote was truthful. Strange believed that Kent wanted a character letter
depicting Kent's wife's helplessness and dependence on Kent. Strange added
that early on Kent took good care of his wife Nadine, but over time, Nadine
seemed to get better with the therapies and medical actions she received.
Strange advised that said therapies and medical actions appeared to have
reduced her dependency on Kent. Strange advised that Kent and Nadine are not
together. Strange believed that Kent and Nadine do not live together.
Strange advised that approximately eight to nine months ago he saw Nadine

| | | | |
|---|---|---|---|
| Investigation on | 08/27/2021 | at | New Haven, Connecticut, United States (Phone) |

| | | |
|---|---|---|
| File # | 198D-NH-3133441-302 | Date drafted   08/30/2021 |

| | |
|---|---|
| by | HALPIN CHRISTOPHER J |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not
to be distributed outside your agency.                                                                        STRANGE-000006

FD-302a (Rev. 5-8-10)

196D-NH-3133441-302

Continuation of FD-302 of <u>(U) Dr. Jonathan R. Strange on 8-27-2021</u> , On <u>08/27/2021</u> , Page <u>2 of 2</u>

when he was visiting his Aunt in North Carolina. Strange added that Nadine handles her own bills and has a support system.

Strange advised that Kent went to East Carolina University, in Greenville, North Carolina, from approximately 1996 to 2000, and graduated with a degree in Industrial Hygiene. Strange was unable to explain the nature of said degree. Strange advised that he recalled Kent having several degrees on his wall and these degrees appeared to be either from online institutions or mail ordered. Strange added that these degrees were relative to family counseling. Strange advised that his sister's husband is a "true counselor" with applicable studies associated with his profession. Strange and his sister's husband often questioned the legitimacy of Kent's counseling certifications. Strange offered that Kent calls himself a doctor.

Strange advised that Kent's work experience was in management and he worked in big plants. Strange added that Kent was not a laborer.

Strange advised that Kent always tries to be someone he is not. Strange added that Kent liked when someone was reliant on him. Strange explained that Kent would be better off just being himself.

Strange advised that he would email to writer the character letter he authored for Kent.

FD-302 (Rev. 5-8-10)

-1 of 1-

## FEDERAL BUREAU OF INVESTIGATION



Date of entry    08/20/2021

     William E. Kornegay, Jr., Owner of Ripe Revival Produce LLC (Ripe
Revival), a North Carolina company, cellular phone number (252)567-8305, was
telephonically interviewed. After being advised of the identity of the
interviewing Agent and the nature of the interview, Kornegay provided the
following information:

     Kornegay advised that he was surprised to receive a call from the Federal
Bureau of Investigation (FBI) and was concerned as to the interviewing
Agent's identity.

     Kornegay advised that Steven Kent Strange was a candidate for employment
at Ripe Revival and was subsequently hired. Kornegay added that he felt he
was "misled" by Strange so he terminated his employment.

   . Kornegay advised that he did not write a letter to the court nor to
United States District Judge (USDJ) Michael Shea on behalf of Strange.
Kornegay expressed concern for his business and family as it relates to
Strange and said letter. Kornegay added that he wanted to be helpful to the
FBI, but wanted assurances that the interviewing Agent's identity was valid
and there was no exposure for his cooperation. Kornegay expressed that he
has not experienced anything like this before.

     Kornegay voluntarily provided his email address, ███████████████
and requested the interviewing Agent send him an email utilizing the
interviewing Agent's official FBI email address.

---

Investigation on   08/19/2021   at  New Haven, Connecticut, United States (Phone)

File #  196D-NH-3133441-302                                    Date drafted   08/19/2021

by  HALPIN CHRISTOPHER J

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not
to be distributed outside your agency.
                                                                      KORNEGAY-000001

FD-302 (Rev. 5-8-10)

-1 of 1-



**FEDERAL BUREAU OF INVESTIGATION**

Date of entry ___08/20/2021___

On August 20, 2021, at approximately 8:30am, writer contacted William E. Kornegay, Jr, Owner of Ripe Revival Produce LLC (Ripe Revival) via cellular phone number ▮▮▮▮▮▮▮▮▮▮, with the purpose of determining whether Kornegay had received writer's email of August 19, 2021, and to determine whether Kornegay would be willing to provide additional information concerning a character letter that was submitted to United States District Judge (USDJ) Michael Shea on behalf of Steven Strange.

Kornegay advised that he received writer's email and forwarded it to his attorney. Kornegay advised that he had not had a chance to review said email in its entirety. Kornegay added that he was not trying to be difficult but wanted guidance from his attorney about the effects of cooperating or being involved in this matter. Kornegay added that he has a lot going on and wanted to be careful and knowledgeable about the repercussions of being involved in this matter. Kornegay advised that he understood that writer would like to have his cooperation sooner rather than later because Strange was scheduled to be sentenced on Monday, August 23, 2021. Kornegay advised that he felt "side-swiped" by this matter. Kornegay added that he had absolutely nothing to do with the character letter written on behalf of Strange.

Writer advised Kornegay that he fully understood and that he would await to hear from Kornegay and/or his attorney. Kornegay advised that he hoped to contact writer by the end of the day.

At approximately 10:21am, on August 20, 2021, writer received an email with attachments from Kornegay. Said email contains information relative to said character letter submitted to USDJ Shea.

Attached is the August 19, 2021 email with attachment sent to Kornegay, and the August 20, 2021 email with attachments sent by Kornegay.

Investigation on ___08/20/2021___ at New Haven, Connecticut, United States (Phone, Email)

File # 196D-NH-3133441-302                          Date drafted ___08/20/2021___

by HALPIN CHRISTOPHER J

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

KORNEGAY-000002

**Halpin, Christopher J. (NH) (FBI)**

| | |
|---|---|
| **From:** | Halpin, Christopher J. (NH) (FBI) |
| **Sent:** | Thursday, August 19, 2021 4:14 PM |
| **To:** | will@riperevival.com |
| **Subject:** | Letter on behalf of Steven Kent Strange |

Will,

Sorry for the unexpected phone call this afternoon regarding a referral letter drafted on behalf of Steven Strange. I fully understand the caution and suspicion one would have when receiving a call from an individual representing that he or she is with the FBI. Thank you for taking the time to speak briefly with me.

Please find attached the letter that was submitted to the court.

Can you answer the following questions regarding the attached letter:
1. Did you draft this letter?
2. Did Steven Strange ask you to draft a letter?
3. Did you allow Mr. Strange to draft the letter on your behalf and just had you sign it?
4. Did you speak with an attorney representing Mr. Strange and allow the attorney to draft the letter on your behalf, and you subsequently signed it?
5. Does the content of the letter represent your knowledge of Mr. Strange?
6. Does the content of the letter represent the position your company would be in without Mr. Strange's presence?

During our conversation you advised that Mr. Strange was a candidate for employment and was hired. You then felt mislead by Mr. Strange, so you terminated the employment/relationship. Am I accurate?

Lastly, could you provide, via email, any document(s), like a resume, that Mr. Strange provided in pursuit of employment with your company?

Please confirm receipt of this email and call me should you have any questions.

Thank you for your cooperation.

Best,
Chris

*SA Christopher Halpin*
*FBI New Haven Division; Squad C-2*
*600 State Street*
*New Haven, CT 06511*
*Desk:203-503-5470*
*Cell: 203-676-6094*
*Email: cjhalpin@fbi.gov*




1

# Exhibit C

KORNEGAY-000004

**Ripe Revival, LLC**
**780 English Road**
**Rocky Mount, NC 27804**
**1-888-740-2181**

To the Honorable Judge Shea.

I come before the court to ask the court to provide alternative sentencing to Mr. Strange. My reasoning for asking of this is for the benefit and survival of my company, Ripe Revival, LLC. Mr. Strange is the Operations Manager of Ripe Revival, LLC. Under our Ripe Revival, LLC name I do business as three different companies. Our food manufacturing company is the one that relies heavily on Mr. Strange the most.

Mr. Strange has extensive knowledge in the pharmaceutical and manufacturing industry. Our business depends on his continued involvement for the survival of our company. Mr. Strange hold a number of certifications that allowed us to start up under the USDA and FDA. Without his company presence we will lose these certifications. Causing us to have to close. It will take another individual almost two years of training, certification, and schooling to obtain what Mr Strange currently has that allows our company to run.

In the years of his pharmaceutical experiences he has obtained vast knowledge that as a startup company we cannot afford to lose. Additionally we could not afford to hire the number of people that would be required to replace the knowledge of this individual. One person, one salary, one holder of our certification documentation was what I needed as a startup company.

After years of trying to find a profitable, repeatable, reliable way to extract protein from fruit and place it into our products, Mr Strange was able to both find and patient a new way for us to do this. Which has increased our protein content, shelf life, and overall product value.

In preparation of his possible departure we have been working on trying to train others to take his place. It is very difficult to teach someone thirty years of experience. Although we are trying we have not found anyone to obtain the skills that he possesses. The number of people that would be required to be hired to replace him to keep this company compliant in certifications, HACCP requirements, and operational standards would require us to shut down. I cannot afford to hire three people to replace one. And those three still not be able to produce the sustainable quality product he does.

Putting this in a monetary value. We employee 37 labors, 4 office staff, I managerial staff (Mr. Strange). In a time when unemployment is at a high here in North Carolina. Jobs are needed. Each and everyone. For us to shut down would also cause Ripe Revival, LLC to close, file bankruptcy, and forfeit it contracts, research and development.

It is with great humbleness I ask the court for mercy. For two years he has done what the courts have asked. But also in the long period of time between conviction and sentencing he has worked hard in helping others achieve jobs and employment as well. My family has everything tied up in to this company. The manufacturing division is 80% of our company. My two sisters, our parents, and uncle risk in losing everything if this company flounders.

William Kornegy
President and CEO
Ripe Revival, LLC

KORNEGAY-000005

**Halpin, Christopher J. (NH) (FBI)**

| | |
|---|---|
| **From:** | Will Kornegay <will@riperevival.com> |
| **Sent:** | Friday, August 20, 2021 10:21 AM |
| **To:** | Halpin, Christopher J. (NH) (FBI) |
| **Subject:** | [EXTERNAL EMAIL] -  RE: Letter on behalf of Steven Kent Strange |
| **Attachments:** | ResumeStevenStrange.doc; Kent Strange Job Application.JPG; Ripe Revival Job Offer; RE: Ripe Revival Job Opportunity |

Chris,

**Thank you for your time and patience.  Please see attached documents and answers below in BOLD.  Let me know if you have any questions or need further assistance.**

**PLEASE CONFIRM RECEIPT OF THIS EMAIL.**

**Thank You,**

Will Kornegay
Co-Founder, CEO
Will@riperevival.com
252-567-8305
www.Riperevival.com
www.RipeRevivalMarket.com



**From:** Christopher Halpin <cjhalpin@fbi.gov>
**Sent:** Thursday, August 19, 2021 4:14 PM
**To:** Will Kornegay <will@riperevival.com>
**Subject:** Letter on behalf of Steven Kent Strange

Will,

Sorry for the unexpected phone call this afternoon regarding a referral letter drafted on behalf of Steven Strange. I fully understand the caution and suspicion one would have when receiving a call from an individual representing that he or she is with the FBI. Thank you for taking the time to speak briefly with me.

**No problem, sorry for the apprehension, situations like the one we are referring to have made me very cautious this year unfortunately.   I appreciate your professionalism and patience as I navigate this.**

Please find attached the letter that was submitted to the court.  **RECEIVED and READ.**

Can you answer the following questions regarding the attached letter:

1. Did you draft this letter?  **NO, I did not draft this letter or have any knowledge of this letter before our conversation.**

1

2. Did Steven Strange ask you to draft a letter? **NO, I have had ZERO communication with Steven Strange since I released him from employment on day 2 after becoming suspicious and being made aware of the surrounding circumstances.**
3. Did you allow Mr. Strange to draft the letter on your behalf and just had you sign it? **ABOSOLUTELY NOT.**
4. Did you speak with an attorney representing Mr. Strange and allow the attorney to draft the letter on your behalf, and you subsequently signed it? **ABOSOLUTELY NOT.**
5. Does the content of the letter represent your knowledge of Mr. Strange? **The content in this letter is fraudulent and misleading, which is in line with my short experience with Steven Strange.**
6. Does the content of the letter represent the position your company would be in without Mr. Strange's presence? **ABOSOLUTELY NOT.  Mr. Strange worked for our company for 1-2 days before I made the decision to release him.  He has had no impact on our organization whatsoever, and this letter does not in any way, shape, or form represent the position that our business is in, or will be in due to lack of his presence.**

During our conversation you advised that Mr. Strange was a candidate for employment and was hired. You then felt mislead by Mr. Strange, so you terminated the employment/relationship. Am I accurate?

**Correct.**

Lastly, could you provide, via email, any document(s), like a resume, that Mr. Strange provided in pursuit of employment with your company?

**See Attached.**

Please confirm receipt of this email and call me should you have any questions.

Thank you for your cooperation.

**Thank You**

Best,
Chris

*SA Christopher Halpin*
*FBI New Haven Division; Squad C-2*
*600 State Street*
*New Haven, CT 06511*
*Desk:203-503-5470*
*Cell: 203-676-6094*
*Email: cjhalpin@fbi.gov*

2

KORNEGAY-000007

# Steven Kent Strange



## CAREER OBJECTIVE

Seeking a challenging position in the Manufacturing Industry or related Engineering field where experience and formal academic training will be fully utilized, which will allow for opportunities of professional and technical growth.

## EDUCATION

Bachelor of Science
East Carolina University, Greenville, North Carolina 27858-4353
Industrial Technology-Electronics-Major Field of study
Business-Minor field of study
Date of graduation-May 1997

Associate Degree of Applied Science
Edgecombe Community College, Tarboro, North Carolina 27886
Industrial Electrical\ Electronics Technology
Date of graduation-August 1995

## EXPERIENCE

**March 2020-Current**            **Manufacturing Supervisor, Associated Material, Inc Kinston, NC**

- Ensure all quality related items for cell are completed and documented to meet established quality standards.
- Assist in cost reduction and process improvement to ensure efficiency of operations and cost effectiveness.
- Assist in scheduling cells so that production schedules are met.
- Assist in sequencing of work, such as build and delivery, to optimize productivity.
- Coordinate activities for material and logistics program resolution of a cell to ensure availability of materials and smooth operations.
- Monitor performance and productivity of a cell to maximize productivity.
- Assist in production innovation, including additive manufacturing, to enhance the cell's production capabilities.
- Responsible for all or a major portion of processing operations in the plant.
- Manages and supervises the work of manufacturing production disciplines in the Operations function.
- Performs professional and management work regularly across multiple Manufacturing disciplines.
- Includes activities that cannot be attributed to a defined Operations discipline.

**August 2019-March 2020**            **Manufacturing Plant Manager, CAHS, Inc Raleigh, NC**
                                  (Plant Closed Due to Covid-19 Outbreak)

- Ensure all quality related items for cell are completed and documented to meet established quality standards.
- Assist in cost reduction and process improvement to ensure efficiency of operations and cost effectiveness.
- Assist in scheduling cells so that production schedules are met.
- Assist in sequencing of work, such as build and delivery, to optimize productivity.
- Coordinate activities for material and logistics program resolution of a cell to ensure availability of materials and smooth operations.
- Monitor performance and productivity of a cell to maximize productivity.
- Assist in production innovation, including additive manufacturing, to enhance the cell's production capabilities.
- Interface with customers to understand customer needs and issues and ensure that the customers receive satisfactory standards of service.
- Responsible for all or a major portion of processing operations in the plant.

- Responsible for all or a major portion of processing operations in the plant.
- Oversees production operations (shop floor management, workforce management, and flow disruption management), maintenance, plant engineering, scheduling and personnel.
- Manages and supervises the work of manufacturing production disciplines in the Operations function.
- Performs professional and management work regularly across multiple Manufacturing disciplines.
- Oversee Daily operations of Machine, Fabrication, Welding and Assembly operations.

As the Operations Manufacturing Plant Manager I am responsible for the oversight of the Fabrication, Welding, Machine, and Assembly operations. CAHS, Inc (Custom Air Handling Systems, Inc is a leading company in custom Air handling, Climate Control, Energy Restoration and Chill Water Systems.

As manager it is my responsibility to ensure that we are on track and meet or exceed our monthly sales target of $3 million per month. Along with gap analysis on ensuring that shortages, production schedules, equipment failures and downtime, and manufacturing personnel issues are addressed to limit impacts to customer orders.

Work with multi-levels with different departments. Operations to ensure we are schedule, following burn-down plans, and achieving daily targets. Purchasing to ensure parts are on order, recovery dates for backlogs and shortages. Maintenance department for equipment issues, including scheduling downtime for preventative maintenance, major repairs, and prevention of reoccurring events that cost production downtime. Engineering, both design and manufacturing, for equipment modifications, new asset capital, and process control improvements.

**July 2014-August 2019**                          **Plant/Product Line Manager Collins Aerospace (UTC) Wilson, NC**

- Ensure all quality related items for cell are completed and documented to meet established quality standards.
- Assist in cost reduction and process improvement to ensure efficiency of operations and cost effectiveness.
- Assist in scheduling cells so that production schedules are met.
- Assist in sequencing of work, such as build and delivery, to optimize productivity.
- Coordinate activities for material and logistics program resolution of a cell to ensure availability of materials and smooth operations.
- Monitor performance and productivity of a cell to maximize productivity.
- Assist in production innovation, including additive manufacturing, to enhance the cell's production capabilities.
- Interface with customers to understand customer needs and issues and ensure that the customers receive satisfactory standards of service.
- Responsible for all or a major portion of processing operations in the plant.
- Oversees production operations (shop floor management, workforce management, and flow disruption management), maintenance, plant engineering, scheduling and personnel.
- Manages and supervises the work of manufacturing production disciplines in the Operations function.
- Performs professional and management work regularly across multiple Manufacturing disciplines.
- Includes activities that cannot be attributed to a defined Operations discipline.
- Work as representative of company between Federal, State and Local governments (ATF, DOJ, DOT, DCMA, OSHA and DOE) for compliance, safety, record keeping and safety of sensitive materials.

As manager of fire suppression energetic division I am responsible for the Entire product line. Fire suppression product line consists of three major components. The fire suppression cylinder that holds the suppression agent, the energetic cartridge that activates the suppression, and third the control/detection system. These components are comprised of electronic controls that activate, low voltage power supplies that provide power, optic smoke detectors, and heat sensors. The fire suppression energetic division supplies Collins Aerospace with suppression cylinders for both OEM sales and Aftermarket repairs and sales.

As manager it is my responsibility to ensure that we are on track and meet or exceed our monthly sales target of $10 million per month. Additionally to provide customers with burn down and recovery plans to major customers. Along with gap analysis on ensuring that shortages, production schedules, equipment failures and downtime, and manufacturing personnel issues are addressed to limit impacts to customer orders.

All of our current components are built in house. Powers supplies, optics sensors, control switches, TCPTs, energetic cartridges, and thermo detection wires, salts, and sensors. We manufacturer all components manually. Typical parts list includes, but not limited to, resistors, diodes, IC chips, solid state relays, LEDs, switches, buttons, and selectors.

Work with multi-levels with different departments. Operations to ensure we are schedule, following burn-down plans, and achieving daily targets. Purchasing to ensure parts are on order, recovery dates for backlogs and shortages. Maintenance department for equipment issues, including scheduling downtime for preventative maintenance, major

repairs, and prevention of reoccurring events that cost production downtime.  Engineering, both design and manufacturing, for equipment modifications, new asset capital, and process control improvements.

**September 2006-June 2014       MDI Operational Tech/Process Lead GlaxoSmithKline Zebulon, NC**

- Manufacture Multi Dose Inhaler Devices while overseeing the personnel and manufacture of 6 employees and two high-speed MDI lines and installation of new high-speed filler line.
- To perform Process Engineering, operational and maintenance functions in an environment of new and existing technology development.
- Participate actively in defining the associated specifications and certification standards of new developmental products and manufacturing equipment.
- Document the process trials and engineering studies conducted during the development and implication phase
- Train Manufacturing personnel.
- Supervise the handling of contract labor
- Conduct meetings and seminars as job requirements dictate.
- Assist in modifications to existing and installation of new equipment.
- Maintain production lines within daily financials and department budgets.

**January 2004-September 2006       Process Engineering, Hospira (Abbott Lab) Rocky Mount, NC**

- To perform Process Engineering, operational and maintenance functions in an environment of new and existing technology development.
- Participate actively in defining the associated specifications and certification standards of new developmental products and manufacturing equipment.
- Document the process trials and engineering studies conducted during the development and implication phase
- Train Manufacturing personnel.
- Installation, Design, Operational, and Install ional Qualifications of New and Existing Capital Equipment
- Handle the installation, documentation, and setup of capital equipment.
- Create, edit, and review production and engineering documentation: SOPs, ECRs, CSCRs, PMs and Work orders
- Supervise the handling of contract labor
- Conduct meetings and seminars as job requirements dictate.
- Provide technical support plant wide including the following areas: Solution Prep, Vial filling (Aseptic), Syringe Filling (TS), Vial Finishing, Syringe Finishing, Numerous Autoclaves (Steris, Amsco, SMEJA, and Pharmeics)
- Assist in modifications to existing and installation of new equipment.
- Design, write, and perform all Design, Installation, Operational, and Performance Qualifications for all solution and sterility operations for 57 solution vessels and 24 sterilizers and autoclaves.

**October 2001-January 2004       Sr. Engineering Technician Level IV, Abbott Lab, Rocky Mount, NC**

- To function and carry out the responsibilities of the Maintenance Supervisor.
- Supervise the handling of contract labor, 4 Engineering Technicians and 14 Maintenance technicians
- To perform operational and maintenance functions in an environment of new technology development.
- Support and improve production line efficiency
- Handle the installation, documentation, and setup of capital equipment.
- Provide technical support to the SVP plant filling and finishing area.  Fillers, Washers, Sterilizers, Solutions, Labelers, Bar Code Scanners, Printing Presses, Heat tunnels, and other Miscellaneous equipment.
- To perform both electrical and mechanical troubleshooting and analysis
- Assist in modifications to existing and installation of new equipment.

**February 2000-October 2001       Production Supervisor, Abbott Labs, Rocky Mount, NC**

- Supervise the work activities and assigned employees in any combination of the following activities: Manufacture, fill, inspect, pack, assembly, store or handling in process product, while complying with all SOPs, GMPs and the federal Registry.
- Provide front line supervision of 45 + Abbott and Contract employees.
- Maintain production lines within daily financials and department budgets.
- Supervise the following areas: TS and Aseptic Filling.  Sterilization of TS Equipment, Product and commodities.

KORNEGAY-000010

**May 1997- February 2000   Engineering Technician, Abbott Labs, Rocky Mount, NC**

- To perform Process Engineering, operational and maintenance functions in an environment of new technology development.
- Participate actively in defining the associated specifications and certification standards of new developmental products and manufacturing equipment.
- Document the process trials and engineering studies conducted during the development and implication phase
- Train Manufacturing personnel.
- Purchase of Capital Equipment
- Handle the installation, documentation, and setup of capital equipment.
- Create, edit, and review production and engineering documentation: SOPs, ECRs, CSCRs, PMs and Work orders
- Supervise the handling of contract labor
- To function and carry out the responsibilities of Both the Maintenance and Production Supervisors during their absences.
- Conduct meetings and seminars as job requirements dictate.
- Distribute, track, and document all R-2 production PMs
- Provide technical support plant wide including the following areas: Solution Prep, Vial filling (Aseptic), Syringe Filling (TS), Vial Finishing, Syringe Finishing, Numerous Autoclaves (Steris, Amsco, SMEJA, and Pharmeics)
- To perform both electrical and mechanical troubleshooting and analysis
- Assist in modifications to existing and installation of new equipment

**July 1994-May 1997        Sr. Maintenance Mechanic, Abbott Labs, Rocky Mount, NC**

- To perform and repair both electrical and mechanical troubleshooting and analysis
- Support and improve production line efficiency
- Handle the installation, documentation, and setup of capital equipment.
- Supervise the handling of contract labor
- Provide technical support to the SVP plant filling and finishing area.  Fillers, Washers, Sterilizers, Solutions, Labelers, Bar Code Scanners, Printing Presses, Heat tunnels, and other Miscellaneous equipment.

**Sept. 1989-June 1994       Production Operator and Specialist, Abbott Labs, Rocky Mount, NC**

Manufacture, fill, inspect, pack, assembly, store or handling in process product, while complying with all SOPs, GMPs and the federal Registry. Operation of Blow molding equipment, filling machines, and sterilization equipment for high-speed operations.

**References**

Yadira Garcia
Staff Performance Manager
Associated Materials, Inc
252-414-2027

Jason Cox
Site Security Coordinaton Manager
Associated Materials, Inc
910-545-4854

Nicole Pepin
Site Safety Coordinaton Manager
Associated Materials, Inc
252-550-0071

Travis Lamm
Gerneral Project Superintendent
Caddell Power

KORNEGAY-000011

er - Rocky Mount, NC
view

nager

## Steven Strange

Manufacturing Plant Manager
stevenkstrange5_y9d@indeedemail.com • Bailey, NC
Applied to Operations Manager - Rocky Mount, NC

Application    Interviews

### Applicant qualifications

How many years of Operations Management experience do you have?

> 4 | Your requirement: 3 years (Deal breaker)

Are you bilingual?

No

Have you worked in food production before?

No food, beverages and pharmaceuticals

Do you have knowledge of HACCP and Food Safety?

Yes

KORNEGAY-000012

**Halpin, Christopher J. (NH) (FBI)**

| | |
|---|---|
| **From:** | Will Kornegay <will@riperevival.com> |
| **Sent:** | Thursday, March 25, 2021 2:35 PM |
| **To:** | Kent Strange |
| **Subject:** | RE: Ripe Revival Job Opportunity |

Thanks Kent,

I just sent an invite for 3:30 tomorrow afternoon.

I look forward to connecting.

Have a great evening!

**From:** Kent Strange <skstrange@yahoo.com>
**Sent:** Thursday, March 25, 2021 10:46 AM
**To:** Will Kornegay <will@riperevival.com>
**Subject:** Re: Ripe Revival Job Opportunity

Will

Send me a zoom invite for tomorrow, will can interview then

Sent from my iPhone

On Mar 25, 2021, at 7:21 AM, Will Kornegay <will@riperevival.com> wrote:

> Steven,
>
> Thank you for your interest in the Operations Manager role at Ripe Revival.  I have reviewed your resume and was very impressed with you background and experience.  I would like to set up a time for an interview if you would be interested and available to do so.  I have availability tomorrow after 2pm, or am relatively flexible next week.  We could start with a Zoom interview if that would be more convenient for you as well.
>
> Please let me know what would be ideal for you.
>
> Thank You,
>
> Will Kornegay
> Co-Founder, CEO
> Will@riperevival.com
> 252-567-8305
> www.Riperevival.com
> <image001.png>

1

**Halpin, Christopher J. (NH) (FBI)**

| | |
|---|---|
| **From:** | Will Kornegay <will@riperevival.com> |
| **Sent:** | Monday, March 29, 2021 2:05 PM |
| **To:** | Kent Strange |
| **Subject:** | Ripe Revival Job Offer |
| **Attachments:** | Steven Strange Offer Letter - Ripe Inc.pdf; Operations Manager - Steven Strange.pdf |

Kent,

I want to thank you again for your time Friday and this morning.

I just called and left you a voice mail, as I wanted to verbally communicate to you my excitement to be sending over a job offer for the Operations Manager role at Ripe Inc.  I feel that you are a great fit for our team, and that your experience and work ethic will enable us to focus on expediting our growth strategies for this year and beyond.

That said,  please see the attached *Job Offer*, along with another copy of the *Job Description*.  If you have any questions, please do not hesitate to give me a call to discuss in more detail. I have inserted a few notes below as well, and look forward to your feedback whenever able!

- <u>Start Date</u>: I put Monday to allow for a clean break on the weekly cycle.  However, I am not opposed to you starting sooner if you would desire or prefer that.
- <u>Pay terms:</u>  Currently our payroll cycle is at the end of the month in order to simplify our payroll process, if that is not acceptable to you, we can discuss.
- <u>Visit:</u>  If you would like to come visit the facility, we will be producing gummies Tomorrow and you are welcome to come by to see our process and tour the existing facility.

Looking forward to your feedback!

Thank You,

Will Kornegay
Co-Founder, CEO
Will@riperevival.com
252-567-8305
<u>www.Riperevival.com</u>



KORNEGAY-000014



March 29, 2021

**Dear Steven Strange:**

I would like to confirm our interest in having you join the Ripe Revival team in the role of Operations Manager, and would like to offer you the following terms of employment:

1. **Title:**                          **Operations Manager**
2. **Proposed Start Date:**            **Monday April 5th, 2021**
3. **Compensation:**                   **$62,000 Annual Salary, Paid Monthly**
                                       *Plus Targeted Bonus Plan*
4. **Benefits:**                       **10 Days Paid Vacation, 10 Paid Holidays**

The Ripe Revival family of companies, functioning under Ripe, Inc., began operations in 2019 as a consumer brand that seeks to address growing issues of food waste and hunger by providing solutions across multiple sectors of the food supply chain from the farm to the consumer, and beyond.

Ripe Revival CPG focuses on providing better-for-you health foods that are made with real fruits and vegetables and other clean labelled ingredients. Our innovative approach to the market matched with proprietary technology has facilitated exciting opportunities that have now culminated into scale of our gummy production at our manufacturing facility, and expansion of sales efforts to continue building our brand's product portfolio by driving product sales into new distribution channels.

Additionally, our innovative approach to working with farmers has allowed us to maintain strategic relationships that supports the utilization of their crops in many ways. Through the COVID19 pandemic, we have pursued new opportunities that have now culminated into our initiative to serve others by launching Ripe Revival Market as a direct-to-consumer produce and grocery delivery service. We have become a critical link within our community through our philanthropy programs, which have become large driver in our mission and overall vision for Ripe Revival to bridge the gap between excess and access, finding homes for all fruits and vegetables. Through Ripe Revival Produce, we continue to strengthen our relationships with farmers by leveraging industry networks to broker fresh fruits and vegetables allowing us to continue expanding while improving our efficiency, revenue, and integration of our business models. Lastly, through Wholesome Farm Solutions, we can assist other organizations using our infrastructure and economies of scale to co-manufacture value added products while also providing specialized fulfillment services.

This position will be based in Rocky Mount, NC. The Operations Manager position is responsible for a broad range of duties surrounding the growth and expansion of Ripe Inc.'s portfolio of products, services, and co-manufacturing programs. As a new venture, we are building an entirely new system from the ground up, and this role's primary responsibilities will center around the planning and management of business operations that directly impact key customer relationships from the farm to the consumer and beyond. In addition, the Operations Manager will play a critical role in our efforts surrounding community outreach and execution of Ripe Revival Markets philanthropy model. The roles and responsibilities of this position will evolve over time like many startup businesses often do.

We believe this will be a challenging and exciting opportunity that fits well with your skills and experience. This position will include significant exposure to multiple aspects of our business allowing for personal development as well as internal advancement opportunities.

**Ripe Inc.  (Ripe Revival)**
**161 English Rd Rocky Mount, NC 27804 | 252-567-8305**
**www.riperevivalmarket.com**
**www.riperevival.com**

KORNEGAY-000015



It is our desire to facilitate a working relationship with all employees that promotes a strong culture of value and achievement. We strive to ensure that all employees feel appreciated and know that their hard work will be rewarded as they continue to invest in employment at Ripe Revival as part of their professional journey. We do plan to offer health insurance benefits when employee numbers support that investment and will be considering additional benefit plans as the company continues to grow. Each year of employment, employees will undergo performance reviews, with the consideration for adjustment to terms of employment as needed.

We are interested in a long-term employment relationship and want you to feel welcome and appreciated for years to come. We are extremely excited to welcome you to the Ripe Revival family!

**Bonus Compensation:** Ripe Inc is young company with multiple sales and distribution channels that encompass a variety of products and services across our business portfolio. Our organization has immediate plans for expansion this year, with the operations manager candidate playing a critical role in the final planning, implementation, launch, and ultimately the sustained success of each initiative.

We strongly believe in creating a work environment where employees feel appreciated and rewarded for their efforts. As we work to develop new revenue streams for our company, we are prepared to offer a targeted bonus plan of up to 20% of base compensation enabling you to be rewarded for your role in expediting our growth strategies. This bonus compensation plan will be tied to operational milestones as well as new revenue generation and efficiencies tied to these milestones.

If accepted, a more comprehensive plan can be developed as a standard for how bonus compensation will be managed in 2021 to ensure that you are comfortable with your decision. We are happy to answer any questions that you may have regarding the information presented in this offer.

Sincerely,
Will Kornegay
CEO
Ripe Inc.

Accepted: _____
Steven Strange

**Ripe Inc.  (Ripe Revival)**
161 English Rd Rocky Mount, NC 27804 | 252-567-8305
www.riperevivalmarket.com
www.riperevival.com

KORNEGAY-000016



161 English Rd
Rocky Mount, NC 27804
www.riperevival.com
www.riperevivalmarket.com

### Operations Manager

**Job Overview**

The Operations Manager position is responsible for a broad range of duties surrounding the growth, integration, and expansion of the Ripe, Inc. entities including but not limited to Ripe Revival CPG, Ripe Revival Market, and Wholesome Farm Solutions. This role's primary responsibility is to create operational efficiencies that will support our growth and scalability goals. This role will also include sales efforts in relation to our organizations co-manufacturing ambitions.

The Operations Manager will play a critical role in supporting the sales and production team, with core focus on product manufacturing, order fulfillment, and overall operational infrastructure. This position will be responsible for management of production, inventory and supply chain, hourly employees, inbound and outbound logistics, order fulfillment, food safety training and documentation, and facility and equipment support.

Ripe Revival is focused on creating an impact from the farm to the consumer and beyond by bridging the gap between "excess" and "access" through a variety of vertically integrated production and distribution channels. Our Ripe Revival CPG product lines utilize proprietary technology and innovative approaches to create fun, convenient, and nutritious foods from upcycled produce. Ripe Revival Market works directly with farmers and food producers to consolidate products while curating weekly boxes that are delivered directly to members. Ripe Revival Produce facilitates outlets for farmers crops through retail, wholesale, and foodservice distribution channels. We are building an entirely new concept for sustainable food systems from the ground up. The operations manager will play a critical role in executing that mission as a leader who promotes honesty and integrity. Candidates for this role will be extremely independent and motivated, with a desire to actively seek solutions that drive efficiency and growth while encouraging team members around them to do the same. Top candidates for this role will be inspired by the fast-pace and growth trajectory of our startup and look forward to growing their role as our business continues to grow and evolve.

**Roles and Responsibilities:**

**Production Management:**

- Supports Ripe Revival CPG production and quality manager with daily gummy production runs including but not limited to managing ingredient preparation, batching, filling, cooling, curing, and bagging.
- Manages the packing, labelling, and order fulfillment of all Ripe Revival CPG Products including gummies produced at our facility as well as additional products co-manufactured at partner locations and shipped into our facility.
- Maintains or exceeds production yields through tracking of budgeted targets, uncovering trends and making recommendations for continued improvements.
- Establishes and maintains programs for equipment maintenance, cleaning, and records as well as preventative maintenance measures that prevent downtime and production delays.
- Oversees the packing and fulfillment of Ripe Revival Market membership boxes, including the management of inbound supplies, product, and other food items at our facility as well as partner locations.
- Manages Ripe Revival Market customer orders each week, pulling data and preparing pivot table files outlining logistics and distribution plan for both supply chain and order fulfillment/delivery.
- Performs each role above with a high level of detail - analyzing production data to uncover trends and make recommendations to the CEO on process improvements.

KORNEGAY-000017

**Supply Chain and Inventory Management:**
- Oversees the scheduling and unloading of inbound inventory, keeping proper records and documentation well-organized and up to date while ensuring accuracy and efficiency with quick load/unload times.
- Develops and implements FIFO-based inventory management systems that prioritizes product labelling, rotation, and paperwork requirements to ensure that product loss does not occur and space is available.
- Assures proper product traceability systems and documentation are executed on all inbound and outbound products in compliance with food safety plan and associated SOPs.
- Provides purchasing support to Sales, Business Development, Production, and Quality Assurance as needed to ensure product flow remains steady.
- Develops comprehensive inventory management system that quantifies value and volume metrics surrounding raw ingredient position and shelf-life outlook.

**Business Development:**
- Maintains and nurtures relationships with current co-manufacturing and fulfillment customers to ensure quality and volume expectations are met, while striving to increase profitability.
- Works directly with CEO to research gummy co-manufacturing market landscape, developing lead list of targets that align with business growth objectives.
- Attend industry events and tradeshows that will facilitate new relationships and business development opportunities.
- Works directly with CEO to implement new Ripe Revival Market product offerings and distribution services, nurturing relationships with supply partners and customers to ensure sustained growth and integration that leads to increased efficiency and profitability.

**Hourly Employee Management:**
- Management of hourly employees for Ripe Revival CPG and Ripe Revival Market including but not limited to job descriptions, interviews, candidate selection, and employee development.
- Reviews time sheets for operations staff and submit approved reports for payroll.
- Develops and implements training and continued education programs for employees in the areas of safety, food safety, Standard operating procedures, and compliance.

**Food Safety Training and Documentation Management:**
- Implements and oversees programs and standards established by the Quality and Production Manager involving produce, raw ingredient, or other product receiving, tagging, and traceability records for all inbound or outbound shipments.
- Maintains a working knowledge of all relative government codes and regulations and industry standards pertaining to food safety and quality control.
- Assists Production and Quality Manager with audit planning, preparation, and certification processes.
- Ensures that all employees understand and abide by company policies and food safety plans.

**Facility and Equipment Management:**
- Establishes and maintains programs for equipment maintenance, cleaning, and records as well as preventative maintenance measures that prevent downtime and production delays.
- Selects, establishes, and maintains a trusted network of approved vendors and contractors for all facility and equipment needs.
- Assists with establishing and following budgets for key operational areas.

**Key Skills Required:**
- Knowledge of the Windows working environment including Word, Excel, and PowerPoint.
- Strong project management and planning skills with proven ability to manage projects and employees.
- Strong decision-making and prioritization skills.
- Capacity to work independently without supervision within a team setting.

- Ability to analyze production data to uncover trends and make recommendations to the CEO on process improvements.
- Strong communication skills for networking and relationships.
- Ability to manage employees and foster high engagement.

**Job Requirements:**
- Able to work in a dynamic and fast paced environment
- Meets deadlines consistently
- Outstanding employee relations skills
- Ability to effectively prioritize and multitask
- Adheres to nondisclosure agreement covering proprietary business initiatives
- Strong understanding of Food Safety principles and requirements

**Position Qualifications:**
- BS Degree in Business, Supply Chain, or Logistics preferred
- Comparable work experience through management roles in a related field or industry will be considered
- Three or more years' experience in an operations management role
- Knowledge of HACCP and GMPs
- Excellent oral and written communications skills

KORNEGAY-000019

FD-302 (Rev. 5-8-10)

- 1 of 1 -

**FEDERAL BUREAU OF INVESTIGATION**



Date of entry _____08/30/2021_____

    On August 26, 2021, at approximately 1:06pm, writer received an email
from William E. Kornegay, Jr, Owner of Ripe Revival Produce LLC (Ripe
Revival), cellular phone number [redacted], email address
will@riperevival.com, seeking an update relative to Steven Kent Strange's
sentencing.

    On August 26, 2021, at approximately 2:28pm, writer sent a reply email to
Kornegay. In said email writer advised that Strange was scheduled to be
sentenced on October 21, 2021, at 10am, in Hartford, Connecticut.

    On August 26, 2021, at approximately 2:30pm, writer received an email
from Kornegay. In said email Kornegay asked, "Is he [Strange] aware of my
statements or rejection of his attempts to forge a letter from me?"

    On August 26, 2021, at approximately 2:34pm, writer called Kornegay on
his celluler phone. Kornegay expressed concern regarding Strange's possible
reactions to becoming aware of Kornegay's statements to the Federal Bureau
of Investigation (FBI) concerning the forged character letter. 
Kornegay asked if Strange was aware of his statements. Writer advised
Kornegay that Strange was most likely aware that law enforcement was
investigating the character letters that were submitted on his behalf, which
would include statements made by witnesses.  Kornegay asked if he was the
only witness. Writer replied no. Writer advised Kornegay that should he feel
that his life and/or the life of his family is in danger, he should contact
his local law enforcement immediately. Writer asked Kornegay to contact
writer should Strange contact or attempt to contact him. Kornegay agreed and
thanked writer for the call.

    Attached is the email correspondence with Kornegay.

---

Investigation on  08/26/2021  at  New Haven, Connecticut, United States (Phone, Email)

File #  196D-NH-3133441-302                              Date drafted  08/27/2021

by  HALPIN CHRISTOPHER J

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

KORNEGAY-000020

**Halpin, Christopher J. (NH) (FBI)**

| | |
|---|---|
| **From:** | Will Kornegay <will@riperevival.com> |
| **Sent:** | Thursday, August 26, 2021 1:06 PM |
| **To:** | Halpin, Christopher J. (NH) (FBI) |
| **Subject:** | [EXTERNAL EMAIL] -  RE: Letter on behalf of Steven Kent Strange |

Chris,

I would like to request if you can provide me with an update on this case from Monday's scheduled sentencing.

Thank you,

Will Kornegay
Co-Founder, CEO
Will@riperevival.com
252-567-8305
www.Riperevival.com
www.RipeRevivalMarket.com



**From:** Christopher Halpin <cjhalpin@fbi.gov>
**Sent:** Friday, August 20, 2021 10:49 AM
**To:** Will Kornegay <will@riperevival.com>
**Subject:** RE: Letter on behalf of Steven Kent Strange

RECEIVED. Thank you for your cooperation.

Best,
Chris


*SA Christopher Halpin*
*FBI New Haven Division; Squad C-2*
*600 State Street*
*New Haven, CT 06511*
*Desk:203-503-5470*
*Cell: 203-676-6094*
*Email: cjhalpin@fbi.gov*


**From:** Will Kornegay <will@riperevival.com>
**Sent:** Friday, August 20, 2021 10:21 AM
**To:** Halpin, Christopher J. (NH) (FBI) <cjhalpin@fbi.gov>
**Subject:** [EXTERNAL EMAIL] - RE: Letter on behalf of Steven Kent Strange

1

Chris,

Thank you for your time and patience.  Please see attached documents and answers below in BOLD.  Let me know if you have any questions or need further assistance.

**PLEASE CONFIRM RECEIPT OF THIS EMAIL.**

Thank You,

Will Kornegay
Co-Founder, CEO
Will@riperevival.com
252-567-8305
www.Riperevival.com
www.RipeRevivalMarket.com



**From:** Christopher Halpin <cjhalpin@fbi.gov>
**Sent:** Thursday, August 19, 2021 4:14 PM
**To:** Will Kornegay <will@riperevival.com>
**Subject:** Letter on behalf of Steven Kent Strange

Will,

Sorry for the unexpected phone call this afternoon regarding a referral letter drafted on behalf of Steven Strange. I fully understand the caution and suspicion one would have when receiving a call from an individual representing that he or she is with the FBI. Thank you for taking the time to speak briefly with me.

**No problem, sorry for the apprehension, situations like the one we are referring to have made me very cautious this year unfortunately.   I appreciate your professionalism and patience as I navigate this.**

Please find attached the letter that was submitted to the court.  **RECEIVED and READ.**

Can you answer the following questions regarding the attached letter:

1.  Did you draft this letter?  **NO, I did not draft this letter or have any knowledge of this letter before our conversation.**
2.  Did Steven Strange ask you to draft a letter?  **NO, I have had ZERO communication with Steven Strange since I released him from employment on day 2 after becoming suspicious and being made aware of the surrounding circumstances.**
3.  Did you allow Mr. Strange to draft the letter on your behalf and just had you sign it? **ABSOLUTELY NOT.**
4.  Did you speak with an attorney representing Mr. Strange and allow the attorney to draft the letter on your behalf, and you subsequently signed it?  **ABSOLUTELY NOT.**
5.  Does the content of the letter represent your knowledge of Mr. Strange?  **The content in this letter is fraudulent and misleading, which is in line with my short experience with Steven Strange.**
6.  Does the content of the letter represent the position your company would be in without Mr. Strange's presence?  **ABSOLUTELY NOT.  Mr. Strange worked for our company for 1-2 days before I made the decision**

2

KORNEGAY-000022

**to release him.  He has had no impact on our organization whatsoever, and this letter does not in any way, shape, or form represent the position that our business is in, or will be in due to lack of his presence.**

During our conversation you advised that Mr. Strange was a candidate for employment and was hired. You then felt mislead by Mr. Strange, so you terminated the employment/relationship. Am I accurate?

**Correct.**

Lastly, could you provide, via email, any document(s), like a resume, that Mr. Strange provided in pursuit of employment with your company?

**See Attached.**

Please confirm receipt of this email and call me should you have any questions.

Thank you for your cooperation.

**Thank You**

Best,
Chris

*SA Christopher Halpin*
*FBI New Haven Division; Squad C-2*
*600 State Street*
*New Haven, CT 06511*
*Desk:203-503-5470*
*Cell: 203-676-6094*
*Email: cjhalpin@fbi.gov*

3

KORNEGAY-000023

**Halpin, Christopher J. (NH) (FBI)**

| | |
|---|---|
| **From:** | Halpin, Christopher J. (NH) (FBI) |
| **Sent:** | Thursday, August 26, 2021 2:28 PM |
| **To:** | Will Kornegay |
| **Subject:** | Re: Letter on behalf of Steven Kent Strange |

Will,

Strange is now scheduled to be sentenced on October 21, 2021, at 10am, in Hartford, CT.

Best,
Chris

SA Christopher Halpin

---

**From:** Will Kornegay <will@riperevival.com>
**Sent:** Thursday, August 26, 2021 1:06:16 PM
**To:** Halpin, Christopher J. (NH) (FBI) <cjhalpin@fbi.gov>
**Subject:** [EXTERNAL EMAIL] - RE: Letter on behalf of Steven Kent Strange

Chris,

I would like to request if you can provide me with an update on this case from Monday's scheduled sentencing.

Thank you,

Will Kornegay
Co-Founder, CEO
Will@riperevival.com
252-567-8305
www.Riperevival.com
www.RipeRevivalMarket.com



**From:** Christopher Halpin <cjhalpin@fbi.gov>
**Sent:** Friday, August 20, 2021 10:49 AM
**To:** Will Kornegay <will@riperevival.com>
**Subject:** RE: Letter on behalf of Steven Kent Strange

RECEIVED. Thank you for your cooperation.

Best,
Chris

*SA Christopher Halpin*

1

KORNEGAY-000024

*FBI New Haven Division; Squad C-2*
*600 State Street*
*New Haven, CT 06511*
*Desk:203-503-5470*
*Cell: 203-676-6094*
*Email: cjhalpin@fbi.gov*

**From:** Will Kornegay <will@riperevival.com>
**Sent:** Friday, August 20, 2021 10:21 AM
**To:** Halpin, Christopher J. (NH) (FBI) <cjhalpin@fbi.gov>
**Subject:** [EXTERNAL EMAIL] - RE: Letter on behalf of Steven Kent Strange

**Chris,**

**Thank you for your time and patience.  Please see attached documents and answers below in BOLD.  Let me know if you have any questions or need further assistance.**

**PLEASE CONFIRM RECEIPT OF THIS EMAIL.**

**Thank You,**

Will Kornegay
Co-Founder, CEO
Will@riperevival.com
252-567-8305
www.Riperevival.com
www.RipeRevivalMarket.com



**From:** Christopher Halpin <cjhalpin@fbi.gov>
**Sent:** Thursday, August 19, 2021 4:14 PM
**To:** Will Kornegay <will@riperevival.com>
**Subject:** Letter on behalf of Steven Kent Strange

Will,

Sorry for the unexpected phone call this afternoon regarding a referral letter drafted on behalf of Steven Strange. I fully understand the caution and suspicion one would have when receiving a call from an individual representing that he or she is with the FBI. Thank you for taking the time to speak briefly with me.

**No problem, sorry for the apprehension, situations like the one we are referring to have made me very cautious this year unfortunately.   I appreciate your professionalism and patience as I navigate this.**

Please find attached the letter that was submitted to the court.  **RECEIVED and READ.**

Can you answer the following questions regarding the attached letter:

2

KORNEGAY-000025

1. Did you draft this letter? **NO, I did not draft this letter or have any knowledge of this letter before our conversation.**
2. Did Steven Strange ask you to draft a letter? **NO, I have had ZERO communication with Steven Strange since I released him from employment on day 2 after becoming suspicious and being made aware of the surrounding circumstances.**
3. Did you allow Mr. Strange to draft the letter on your behalf and just had you sign it? **ABOSOLUTELY NOT.**
4. Did you speak with an attorney representing Mr. Strange and allow the attorney to draft the letter on your behalf, and you subsequently signed it? **ABOSOLUTELY NOT.**
5. Does the content of the letter represent your knowledge of Mr. Strange? **The content in this letter is fraudulent and misleading, which is in line with my short experience with Steven Strange.**
6. Does the content of the letter represent the position your company would be in without Mr. Strange's presence? **ABOSOLUTELY NOT.  Mr. Strange worked for our company for 1-2 days before I made the decision to release him.  He has had no impact on our organization whatsoever, and this letter does not in any way, shape, or form represent the position that our business is in, or will be in due to lack of his presence.**

During our conversation you advised that Mr. Strange was a candidate for employment and was hired. You then felt mislead by Mr. Strange, so you terminated the employment/relationship. Am I accurate?

**Correct.**

Lastly, could you provide, via email, any document(s), like a resume, that Mr. Strange provided in pursuit of employment with your company?

**See Attached.**

Please confirm receipt of this email and call me should you have any questions.

Thank you for your cooperation.

**Thank You**

Best,
Chris

*SA Christopher Halpin*
*FBI New Haven Division; Squad C-2*
*600 State Street*
*New Haven, CT 06511*
*Desk:203-503-5470*
*Cell: 203-676-6094*
*Email: cjhalpin@fbi.gov*

3

KORNEGAY-000026

## Halpin, Christopher J. (NH) (FBI)

**From:** Will Kornegay <will@riperevival.com>
**Sent:** Thursday, August 26, 2021 2:30 PM
**To:** Halpin, Christopher J. (NH) (FBI)
**Subject:** [EXTERNAL EMAIL] - RE: Letter on behalf of Steven Kent Strange

Thank you,

Is he aware of my statements or rejection of his attempts to forge a letter from me?

Will Kornegay
Co-Founder, CEO
Will@riperevival.com
252-567-8305
www.Riperevival.com
www.RipeRevivalMarket.com



**From:** Christopher Halpin <cjhalpin@fbi.gov>
**Sent:** Thursday, August 26, 2021 2:28 PM
**To:** Will Kornegay <will@riperevival.com>
**Subject:** Re: Letter on behalf of Steven Kent Strange

Will,

Strange is now scheduled to be sentenced on  October 21, 2021, at 10am, in Hartford, CT.

Best,
Chris

SA Christopher Halpin

**From:** Will Kornegay <will@riperevival.com>
**Sent:** Thursday, August 26, 2021 1:06:16 PM
**To:** Halpin, Christopher J. (NH) (FBI) <cjhalpin@fbi.gov>
**Subject:** [EXTERNAL EMAIL] - RE: Letter on behalf of Steven Kent Strange

Chris,

I would like to request if you can provide me with an update on this case from Monday's scheduled sentencing.

Thank you,

Will Kornegay
Co-Founder, CEO

1

KORNEGAY-000027

Will@riperevival.com
252-567-8305
www.Riperevival.com
www.RipeRevivalMarket.com



**From:** Christopher Halpin <cjhalpin@fbi.gov>
**Sent:** Friday, August 20, 2021 10:49 AM
**To:** Will Kornegay <will@riperevival.com>
**Subject:** RE: Letter on behalf of Steven Kent Strange

RECEIVED. Thank you for your cooperation.

Best,
Chris


*SA Christopher Halpin*
*FBI New Haven Division; Squad C-2*
*600 State Street*
*New Haven, CT 06511*
*Desk:203-503-5470*
*Cell: 203-676-6094*
*Email: cjhalpin@fbi.gov*



**From:** Will Kornegay <will@riperevival.com>
**Sent:** Friday, August 20, 2021 10:21 AM
**To:** Halpin, Christopher J. (NH) (FBI) <cjhalpin@fbi.gov>
**Subject:** [EXTERNAL EMAIL] - RE: Letter on behalf of Steven Kent Strange

**Chris,**

**Thank you for your time and patience.  Please see attached documents and answers below in BOLD.  Let me know if you have any questions or need further assistance.**

**PLEASE CONFIRM RECEIPT OF THIS EMAIL.**

**Thank You,**

Will Kornegay
Co-Founder, CEO
Will@riperevival.com
252-567-8305
www.Riperevival.com
www.RipeRevivalMarket.com

2

# ripe
# revival

**From:** Christopher Halpin <cjhalpin@fbi.gov>
**Sent:** Thursday, August 19, 2021 4:14 PM
**To:** Will Kornegay <will@riperevival.com>
**Subject:** Letter on behalf of Steven Kent Strange

Will,

Sorry for the unexpected phone call this afternoon regarding a referral letter drafted on behalf of Steven Strange. I fully understand the caution and suspicion one would have when receiving a call from an individual representing that he or she is with the FBI. Thank you for taking the time to speak briefly with me.

**No problem, sorry for the apprehension, situations like the one we are referring to have made me very cautious this year unfortunately.   I appreciate your professionalism and patience as I navigate this.**

Please find attached the letter that was submitted to the court.  **RECEIVED and READ.**

Can you answer the following questions regarding the attached letter:
  1.  Did you draft this letter?  **NO, I did not draft this letter or have any knowledge of this letter before our conversation.**
  2.  Did Steven Strange ask you to draft a letter?  **NO, I have had ZERO communication with Steven Strange since I released him from employment on day 2 after becoming suspicious and being made aware of the surrounding circumstances.**
  3.  Did you allow Mr. Strange to draft the letter on your behalf and just had you sign it? **ABSOLUTELY NOT.**
  4.  Did you speak with an attorney representing Mr. Strange and allow the attorney to draft the letter on your behalf, and you subsequently signed it?  **ABSOLUTELY NOT.**
  5.  Does the content of the letter represent your knowledge of Mr. Strange?  **The content in this letter is fraudulent and misleading, which is in line with my short experience with Steven Strange.**
  6.  Does the content of the letter represent the position your company would be in without Mr. Strange's presence?  **ABSOLUTELY NOT.  Mr. Strange worked for our company for 1-2 days before I made the decision to release him.  He has had no impact on our organization whatsoever, and this letter does not in any way, shape, or form represent the position that our business is in, or will be in due to lack of his presence.**

During our conversation you advised that Mr. Strange was a candidate for employment and was hired. You then felt mislead by Mr. Strange, so you terminated the employment/relationship. Am I accurate?

**Correct.**

Lastly, could you provide, via email, any document(s), like a resume, that Mr. Strange provided in pursuit of employment with your company?

**See Attached.**

Please confirm receipt of this email and call me should you have any questions.

Thank you for your cooperation.

3

KORNEGAY-000029

**Thank You**

Best,
Chris

*SA Christopher Halpin*
*FBI New Haven Division; Squad C-2*
*600 State Street*
*New Haven, CT 06511*
*Desk:203-503-5470*
*Cell: 203-676-6094*
*Email: cjhalpin@fbi.gov*

4

KORNEGAY-000030

FD-302 (Rev. 5-8-10)

-1 of 1-

**FEDERAL BUREAU OF INVESTIGATION**

 **OFFICIAL RECORD**

Date of entry ___08/20/2021___

Thomas A. Ellington, date of birth ████, Social Security Account
Number ███-5648, of ████ North Carolina (NC) ██880,
cellular phone number ████████, was telephonically interviewed. After
being advised of the identity of the interviewing Agent and the nature of
the interview, Ellington provided the following information:

Ellington advised that he knows Steven Kent Strange, however, he refers
to Strange as "Kent". Ellington advised that he has not spoken with Strange
since before Strange was arrested by the Federal Bureau of Investigation
(FBI). Ellington advised that over two months ago he was asked to write a
character letter for Strange by Jackie Tapp. Ellington described Tapp as a
fellow church parishioner and believed that Tapp asked him to write such a
letter for Strange while they were attending church service. Ellington
advised that he did not feel like writing one and never did. Ellington added
that he was not comfortable with writing such a letter for Strange.

Ellington advised that Finch Road in Bailey, NC, was very close to where
Strange lived on Windy Court East. Ellington explained that directionally,
one would take a right turn off Finch Road and then take another right onto
Strange's street. Ellington believed that Strange's house was about two
houses down on the right. Ellington advised that he has never resided on
Finch Road.

Ellington advised that he is seventy-one (71) years old and his wife's
name is Sylvia.

Investigation on  08/20/2021  at  New Haven, Connecticut, United States  (Phone)

File #  196D-NH-3133441-302                                Date drafted  08/20/2021

by  HALPIN CHRISTOPHER J

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

ELLINGTON-000001

Thomas Ellington, Sr



Judge Michael P. Shea, United States District Judge

To The Court and The Honorable Judge Shea,

My name is Thomas Ellington Sr. I write this letter on behalf of Steven Kent Strange. I
hope to address to the court the type of person Mr. Strange is. How his kindness towards my
wife and I helped us during our greatest time of need. I am a 74 year old man. My wife is
70. About 4 years ago I had a bad run in with my sugar. It went really high. Well over
800. While I was in the hospital the doctors noticed a small black blister on my left big
toe. After a few days in the hospital I was released. Not being able to drive, Mr. Strange
drove me back to the doctors for the follow up. I asked the doctor to look at my foot. The
doctor informed me that I needed to call the DVA and follow up with a specialist about my
toe. I called the Veterans Administration. They told me it would be 6 weeks before I could
be seen. Mr. Strange got on the phone and called everyone he knew. The DVA, my federal,
state, and local representatives, and other individuals he knew. After 4 days of calling, I
received an appoint the following Monday. Four weeks sooner than I was scheduled. Mr
Strange drove me to the DVA hospital in Durham. Just a little bit over a hour away. He
stayed with me during my visit. When the doctor saw my two toes that were black he
called the surgeon. The surgeon placed me in the hospital and requested an operating
room that afternoon. I had an infection in my foot. After 4 hours of surgery I was placed
in a step down unit. Mr Strange came by or called me everyday the three weeks I was in
the hospital. Once I returned home, I needed a lot of help learning how to walk. How to
get up. How to apply my weight to my body. Mr. Strange was helpful to me. I started to
fall and had trouble with my left foot again. Under the advice of Mr. Strange I went back
to the DVA. They news I received was heart broken. The infection was spreading to my leg.
The option was to remove my foot or die. It was a hard decision for me to make. Mr
Strange helped me see the importance of life over limb. After my second operation, the
third one came and that was the removal of my left leg just under my knee.

During this time it was hard on my wife. Mr. Strange spent time with her making sure she
was cared for. Our grass was cut. Her groceries were delivered. She had transportation
and was cared for. The burden was so bad that it caused her to have a heart attack. One
his lunch hour he went by to visit her and could not get an answer at the door. He
forcible entrance into our house, he found her on the floor unresponsive. He dialed 911

and them preformed CPR until help arrived.  It had be estimated that she had been on the floor for over 3 hours.  Had he not had stopped by, she would possibly not be here today.

I could go into how once I got out of the hospital he helped me by building us a wheelchair ramp.  Or how he took me to therapy everyday.  Or how he showed care and compassion towards us during our time of need.  But what I want you to know is this point:  Mr Strange is truly a deep compassionate individual who cares for people.  This has been shown all throughout the years.  Never any selfishness.  He truly has a kind and caring heart.  Sometimes compassion blinds judgment.  I know all that he has ever tried to do is help others.  Show kindness and mercy.  I just ask that the court please show him the return.  Kindness, mercy, and compassion.  Not only for him, but his wife and son.  Both of which need both his financial and intellectual guidance.

*James Thomas Ellington Sr.*

James Thomas Ellington, Sr.

FD-302 (Rev. 5-8-10)

- 1 of 1 -

**FEDERAL BUREAU OF INVESTIGATION**



Date of entry ___08/20/2021___

    On August 19, 2021, writer attempted to contact Doctor Robert Bala for the purpose of determining whether he had authored a letter, on behalf of Steven Kent Strange, that was sent to United States District Judge (USDJ) Michael Shea, relative to Strange's sentencing by USDJ Shea scheduled for August 23, 2021.

    At the top of said letter (attached) was the following:

        Rocky Mount Family Medical Center

        801 English Road

        Suite 100

        Rocky Mount, NC 27804

        252-443-3133

    Writer verified the existence of Rocky Mount Family Medical Center and Doctor Robert Bala through online searches. Writer telephonically contacted Rocky Mount Family Medical Center utilizing telephone number 252-443-3133 and requested to speak with Doctor Robert Bala. The representative at Rocky Mount Family Medical Center advised that Doctor Robert Bala had not been at Rocky Mount Family Medical Center for approximately three years. The representative would not provide any further information but did take writer's name and contact information.

Investigation on __08/19/2021__ at   New Haven, Connecticut, United States   (Phone)

File #  196D-NH-3133441-302                                    Date drafted   08/19/2021

by   HALPIN CHRISTOPHER J

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

BALA-000001

Rocky Mount Family Medical Center
801 English Road
Suite 100
Rocky Mount NC 27804
252-443-3133

To the Honorable Judge Shea,

My name is Robert Bala. I have been Mr. Strange's Primary Care Physician for several years here at Rocky Mount Family Medical Center. He has been a patient on recorded for over 30 years. I write you this letter as his PCP only to ensure that the court has an understanding of his numerous medical conditions. Understanding that ongoing care and treatment is essential for maintaining of Mr. Strange's continuous medical welfare. I am just one of many physicians that are instrumental in his health and well being. Listed below are the current conditions he is being treated for. They are not listed in any order of importance.

The first condition that I want to go over is his Syncope. This condition has been going on for several years. With the assistance of 2 cardiologist the following conclusion has been made. While Mr. Strange only has a fainting episode usually in the early morning, a number of test have been performed on him. The most conclusive was the Tilt Table Test which showed he does suffer from both Postural Hypotension, (Moving from a lying or sitting position to rapidly) and POTS (Postural Orthostatic Tachycardia Syndrome). Both of these have been greatly influenced by his Gastric Bypass Surgery. Which research is now showing that almost 18% of people who have had Roux-en-Y Bypass Surgery. With the addition of his Bradycardia (low pulse rate) it was decided to place a 24 hour contentious heart monitor in Mr. Strange. Dr David Frazier installed a Medtronic heart monitoring device that records and downloads continuous information to about Mr. Strange's heart to an external cellular transmitting device. This unit sends information to the monitoring center who records and reports every 24 hours Mr. Strange's heart rate and condition. It indicated that he still suffers from Postural Hypotension, POTS, Bradycardia, and has a uncontrollable fainting spell early morning about 3 times a month. There is no treatment course for this condition. When Mr. Strange feels an episode starting, he simply stops, lays on the floor, elevates his feet, and lets the spell pass. While laying on the floor, if he does pass out, being on the floor prevents him from falling, breaking bones, head injuries, and other bodily injuries. This device will need to be surgically replaced in the middle of 2023. The total cost for this surgery, device, monitoring and care is around $90,000.

Next condition I want to address is his Hypoglycemia (low blood sugar). This is a direct result of his gastric bypass surgery. The bypass surgery did directly stop his hyperglycemia (high blood sugar). Many people do not consider low blood sugar a disease. But it is dangerous than high blood sugar. It has side effects

BALA-000002

such as irregular heart beat, fatigue, shakiness, anxiety, sweating, irritability, confusion, blurred vision, seizures, and loss of consciousness. The disease is not treated or controlled with pills or insulin. Instead it is controlled with a strict diet type and schedule. Mr. Strange is required to eat 5-6 small meals a day. Since the bypass removes the nerves in the stomach, bypass recipients do not feel hunger, without a routine and structure they get dangerously low blood sugar. It is extremely import that both Mr. Strange's diet and schedule be followed to prevent extreme sugar drops. Because of his surgery his stomach can not tolerate raw vegetables, beef, grease, oils, fats, breads, or fruits. These items make him sick, causing more dietary issues. Prior to bedtime he drinks 4 ounces of Orange Juice. This prevents his blood sugar from dropping to low at night while he sleeps. Morning time is the most common time low blood sugar happens. Without this, Mr Strange's sugar could drop extremely low. He has recorded readings as low as 25 in the morning. Normal is between 80-100.

The tired condition is his Iron Deficiency Anemia. The average hemoglobin for a man is 13.6 to 16.8 grams of Hemoglobin per deciliter (dL). Mr. Strange has a hemoglobin of 7.4. Low hemoglobin prevents the blood to absorb oxygen carrying it to the other organs in the body. Without oxygen the body and brain slow their functions and operations. Side effects are Extreme fatigue, weakness, pale skin, chest pain, shortness of breath, headaches, dizziness, cold hands and feet, and usual cravings such as ice, dirt, starch and clay. Test have indicated that this is a direct result of his inability to absorb iron in his diet. Along with Iron Deficiency, may Gastric Bypass recipients have other vitamin and minerals deficiencies. For Mr. Strange this includes, vitamin D, vitamin B12, Potassium, Calcium, and Magnesium.   Keeping his levels normal is important so he keeps a good chemical balance for his health. Mr. Strange has been requested to receive an iron transfusion 3 to 4 times a years to keep his iron levels up. These treatments take about 3 hours. With an associated cost of around $4300 each treatment.

The fourth condition I wish t address is his Chronic Kidney Disease, Currently Stage 3B. For almost 15 years Mr. Strange has had CKD. His kidney functions have slowly over time decreased. To their lowest point a few years ago to CKD 4. He had a total kidney function of less than 26%. With diets, treatments, blood pressure control, and routine kidney flushing, he has been able to obtain a kidney function of about 38 %. This percentage is holding. As long as Mr. Strange can keep his diet, stress, blood pressure, blood sugar, medications and weekly flushing in order he should be able to sustain this level of kidney function for another decade before moving in to CKD 4, or Kidney Failure. Currently his is on limited medication for his kidney functions and a beer, twice a week to flush his kidneys. Mr. Strange has a history of kidney stones. Most are not passable. They have to be broken up Ultrasonically and passed.

The fifth condition is his Hypertension. (High Blood Pressure). For almost 30 years Mr. Strange has had uncontrollable high blood pressure. This along with Diabetes, has caused his chronic kidney disease.

Currently he is taking 4 different medications at maximum levels for his blood pressure and it is averagely running 140/90. Anything higher would cause even more damage and stress to his kidneys. He stays away from foods high in salt and processing.

The last condition I wish to address is his Chronic Back Pain. This results from 5 degenerative disk, a dislocated shoulder, and fractured coccyx. For this he takes a pain medication daily. Along with headaches, blurred vision, tingling in his arms, hands, legs, and feet, the amount of nerve damage to his body requires the use of daily medication. Additional pain treatments have been required in the past, such as injections in the lower spine, neck, shoulders, and coccyx area. Currently he is taking pain medication for his back, shoulder, headaches, and nerve damage.

Mr. Strange's condition is stable. As long as he is able to receive the treatments and care that is required. Any one of the conditions listed above is a major chronic illness. He has six different medical issues. The reason that he is in the state of fair health today is because of the list of doctors attached see Mr. Strange every 30-90 days as required to treat him for his illness. Failure to continue these treatments, medications, and transfusion will result in a return of his former failing health state. Which could cause irreversible damage to his body.

Although I am moving to a different practice, a new doctor will be taking his case. He has chronic health issues that have been addressed, need to continue to be monitored by health professionals, and treatment plans that need to be followed. As he gets older this will become even more critical. Currently he has a good health team, private insurance, and medications that should assure him a long healthy life. But this is only possible if we keep addressing the current co-moralities he has.

*Robert Bala, MD*

Robert Bala, MD

BALA-000004

FD-302 (Rev. 5-8-10)

-1 of 1-

**FEDERAL BUREAU OF INVESTIGATION**



Date of entry ___08/20/2021___

Robert Bala, a Medical Doctor, date of birth ▊▊▊▊, Social Security
Account Number ▊▊▊-9493, cellular phone number ▊▊▊▊▊▊, was
telephonically interviewed. After being advised of the identity of the
interviewing Agent and the nature of the interview, Bala provided the
following information:

Bala advised that he is a primary care physician at Lakeland Regional
Health Gateway (LRHG), located at 2815 Lakeland Hills Boulevard, Lakeland,
Florida 33805, telephone number (863)284-5941. Prior to LRHG, Bala worked at
Rocky Mount Family Medical Center (RMFMC), in Rocky Mount, North Carolina.
Bala advised that he left RMFMC in approximately July 2018. While at RMFMC,
Bala was a primary care physician. Bala estimated that he commenced
employment at RMFMC in 2016.

Bala advised that he did not recall the name Steven Kent Strange.
Bala added that he could have seen Strange as a patient while he was at
RMFMC. Bala was certain that he had not seen an individual by the name
Steven Strange since he left RMFMC.

Bala advised that he never wrote a character letter for Steven Strange.
Bala added that no one ever asked him to write such a letter. Bala advised
that due to the nature of such a letter, involving an individual awaiting
sentencing by a federal judge, he would definitely recall being asked to
write such a letter and then writing it. Bala repeated that neither
happened.

Attached is the character letter on behalf of Strange.

| Investigation on | 08/20/2021 | at | New Haven, Connecticut, United States (Phone) | |
|---|---|---|---|---|
| File # 196D-NH-3133441-302 | | | | Date drafted 08/20/2021 |
| by HALPIN CHRISTOPHER J | | | | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not
to be distributed outside your agency.                                                                                                          BALA-000005

Rocky Mount Family Medical Center
801 English Road
Suite 100
Rocky Mount NC 27804
252-443-3133

To the Honorable Judge Shea,

My name is Robert Bala. I have been Mr. Strange's Primary Care Physician for several years here at Rocky Mount Family Medical Center. He has been a patient on recorded for over 30 years. I write you this letter as his PCP only to ensure that the court has an understanding of his numerous medical conditions. Understanding that ongoing care and treatment is essential for maintaining of Mr. Strange's continuous medical welfare. I am just one of many physicians that are instrumental in his health and well being. Listed below are the current conditions he is being treated for. They are not listed in any order of importance.

The first condition that I want to go over is his Syncope. This condition has been going on for several years. With the assistance of 2 cardiologist the following conclusion has been made. While Mr. Strange only has a fainting episode usually in the early morning, a number of test have been performed on him. The most conclusive was the Tilt Table Test which showed he does suffer from both Postural Hypotension, (Moving from a lying or sitting position to rapidly) and POTS (Postural Orthostatic Tachycardia Syndrome). Both of these have been greatly influenced by his Gastric Bypass Surgery. Which research is now showing that almost 18% of people who have had Roux-en-Y Bypass Surgery. With the addition of his Bradycardia (low pulse rate) it was decided to place a 24 hour contentious heart monitor in Mr. Strange. Dr David Frazier installed a Medtronic heart monitoring device that records and downloads continuous information to about Mr. Strange's heart to an external cellular transmitting device. This unit sends information to the monitoring center who records and reports every 24 hours Mr. Strange's heart rate and condition. It indicated that he still suffers from Postural Hypotension, POTS, Bradycardia, and has a uncontrollable fainting spell early morning about 3 times a month. There is no treatment course for this condition. When Mr. Strange feels an episode starting, he simply stops, lays on the floor, elevates his feet, and lets the spell pass. While laying on the floor, if he does pass out, being on the floor prevents him from falling, breaking bones, head injuries, and other bodily injuries. This device will need to be surgically replaced in the middle of 2023. The total cost for this surgery, device, monitoring and care is around $90,000.

Next condition I want to address is his Hypoglycemia (low blood sugar). This is a direct result of his gastric bypass surgery. The bypass surgery did directly stop his hyperglycemia (high blood sugar). Many people do not consider low blood sugar a disease. But it is dangerous than high blood sugar. It has side effects

BALA-000006

such as irregular heart beat, fatigue, shakiness, anxiety, sweating, irritability, confusion, blurred vision, seizures, and loss of consciousness.  The disease is not treated or controlled with pills or insulin.  Instead it is controlled with a strict diet type and schedule.  Mr. Strange is required to eat 5-6 small meals a day. Since the bypass removes the nerves in the stomach, bypass recipients do not feel hunger, without a routine and structure they get dangerously low blood sugar.  It is extremely import that both Mr. Strange's diet and schedule be followed to prevent extreme sugar drops.  Because of his surgery his stomach can not tolerate raw vegetables, beef, grease, oils, fats, breads, or fruits.  These items make him sick, causing more dietary issues.  Prior to bedtime he drinks 4 ounces of Orange Juice.  This prevents his blood sugar from dropping to low at night while he sleeps.  Morning time is the most common time low blood sugar happens. Without this, Mr Strange's sugar could drop extremely low.  He has recorded readings as low as 25 in the morning. Normal is between 80-100.

The tired condition is his Iron Deficiency Anemia. The average hemoglobin for a man is 13.6 to 16.8 grams of Hemoglobin per deciliter (dL).  Mr. Strange has a hemoglobin of 7.4.  Low hemoglobin prevents the blood to absorb oxygen carrying it to the other organs in the body.  Without oxygen the body and brain slow their functions and operations.  Side effects are Extreme fatigue, weakness, pale skin, chest pain, shortness of breath, headaches, dizziness, cold hands and feet,  and usual cravings such as ice, dirt, starch and clay. Test have indicated that this is a direct result of his inability to absorb iron in his diet.  Along with Iron Deficiency, may Gastric Bypass recipients have other vitamin and minerals deficiencies.  For Mr. Strange this includes, vitamin D, vitamin B12, Potassium, Calcium, and Magnesium.   Keeping his levels normal is important so he keeps a good chemical balance for his health. Mr. Strange has been requested to receive an iron transfusion 3 to 4 times a years to keep his iron levels up.  These treatments take about 3 hours. With an associated cost of around $4300 each treatment.

The fourth condition I wish t address is his Chronic Kidney Disease, Currently Stage 3B.  For almost 15 years Mr. Strange has had CKD.  His kidney functions have slowly over time decreased.  To their lowest point a few years ago to CKD 4.  He had a total kidney function of less than 26%.  With diets, treatments, blood pressure control, and routine kidney flushing, he has been able to obtain a kidney function of about 38 %.  This percentage is holding.  As long as Mr. Strange can keep his diet, stress, blood pressure, blood sugar, medications and weekly flushing in order he should be able to sustain this level of kidney function for another decade before moving in to CKD 4, or Kidney Failure.  Currently his is on limited medication for his kidney functions and a beer, twice a week to flush his kidneys.  Mr. Strange has a history of kidney stones. Most are not passable.  They have to be broken up Ultrasonically and passed.

The fifth condition is his Hypertension. (High Blood Pressure).  For almost 30 years Mr. Strange has had uncontrollable high blood pressure.  This along with Diabetes, has caused his chronic kidney disease.

Currently he is taking 4 different medications at maximum levels for his blood pressure and it is averagely running 140/90. Anything higher would cause even more damage and stress to his kidneys. He stays away from foods high in salt and processing.

The last condition I wish to address is his Chronic Back Pain. This results from 5 degenerative disk, a dislocated shoulder, and fractured coccyx. For this he takes a pain medication daily. Along with headaches, blurred vision, tingling in his arms, hands, legs, and feet, the amount of nerve damage to his body requires the use of daily medication. Additional pain treatments have been required in the past, such as injections in the lower spine, neck, shoulders, and coccyx area. Currently he is taking pain medication for his back, shoulder, headaches, and nerve damage.

Mr. Strange's condition is stable. As long as he is able to receive the treatments and care that is required. Any one of the conditions listed above is a major chronic illness. He has six different medical issues. The reason that he is in the state of fair health today is because of the list of doctors attached see Mr. Strange every 30-90 days as required to treat him for his illness. Failure to continue these treatments, medications, and transfusion will result in a return of his former failing health state. Which could cause irreversible damage to his body.

Although I am moving to a different practice, a new doctor will be taking his case. He has chronic health issues that have been addressed, need to continue to be monitored by health professionals, and treatment plans that need to be followed. As he gets older this will become even more critical. Currently he has a good health team, private insurance, and medications that should assure him a long healthy life. But this is only possible if we keep addressing the current co-moralities he has.

Robert Bala, MD